IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00185–EWN–BNB

OTTER PRODUCTS, LLC, a Colorado
limited liability company,

      Plaintiff,

v.

DIVER ENTERTAINMENT SYSTEMS, INC.,
also known as H2O Audio, a California
corporation,

      Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the court on the "Stipulated Motion for Dismissal Without Prejudice" filed April 28, 2006. The court having read the Motion for Dismissal Without Prejudice filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, without prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 1st day of May, 2006.

                                    BY THE COURT:

                                    s/ Edward W. Nottingham
                                    EDWARD W. NOTTINGHAM
                                    United States District Judge